AO 91 (Rev. 11/11) Criminal Complaint                                                                                                         2026R00034

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under** |
| v. | <u>Seal</u> Case No. 26-mj-69    (SGE) |
| MARGARET CHRISTINE SAGER | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 13, 2026, in the State and District of Minnesota, the defendant **Margaret Christine Sager** (1996), did forcibly assault, resist, oppose, impede, and interfere with a person designated in 18 U.S.C. § 1114, namely, Victim 1, a Deportation Officer of the United States Immigration and Customs Enforcement, who was engaged in, and on account of, the performance of official duties, and such acts involved physical contact with Victim 1, all in violation of Title 18, 111(a)(1).

I further state that I am a Special Agent with Homeland Security Investigations, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

*Complainant's signature*

Richard Berger, Special Agent, HSI
*Printed name and title*

Sworn to and signed before me,
by reliable electronic means (Facetime),
pursuant to Fed. R. Crim. P. 41(d)(3).

Date: Jan. 23, 2026

City and State: Minneapolis, MN

*Judge's Signature*

The Honorable Shannon G. Elkins
United States Magistrate Judge
*Printed Name and Title*