UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj- 69   (SGE)

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF RAMSEY     )

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Berger, being duly sworn, do hereby state as follows:

### INTRODUCTION & AGENT BACKGROUND

1.  I am Special Agent with the U.S. Homeland Security Investigations, Department of Homeland Security (HSI) and have been so employed since September 2009. I am a graduate of the Federal Law Enforcement Training Center, which consisted of the Criminal Investigator Training Program, and U.S. Immigration and Customs Enforcement Special Agent Training.

2.  Prior to working with HSI, I was employed as a U.S. Customs and Border Protection Officer for approximately four years. During my career, I have conducted and participated in multiple investigations involving the unlawful importation and the distribution of controlled substances, the assault and hinderance of federal officers while engaged in the performance of their official duties, fraud and identity theft violations, export violations, financial crimes, illegal alien smuggling and human trafficking violations, child pornography, and various immigration violations. During these investigations, I have conducted physical surveillance, executed arrest and search warrants, reviewed tape-recorded conversations, and personally interviewed numerous sources of information as well as confidential sources.

3. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Margaret Christine SAGER (XX/XX/1996) for forcibly assaulting, resisting, impeding, intimidating, and interfering with a federal officer during the performance of his official duties, in violation of Title 18, United States Code, Section 111(a).

4. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings at the writing of this affidavit. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

5. On January 13, 2026, agents from Enforcement Removal Operations (ERO) and Homeland Security Investigations (HSI) executed a targeted enforcement operation of two subjects present in the United States without lawful admission, at XXX Park Ave, Apt #X in Minneapolis, MN. During the operation a group of individuals arrived and began aggressively disrupting the officers' efforts to effectuate the arrests.

6. As agents were escorting an arrestee to a vehicle, Deportation Officer (DO) 1 observed a female, later identified as Margaret SAGER, jump onto DO 2's back and wrap her arm around DO 2's neck in what appeared to be a strangulation hold.

7. DO 2 stated he was on the ground securing other agitators when SAGER jumped on his back and put her arm around his neck. DO 1 then pulled SAGER off

DO 2's back and arrested her for violating Title 18, United States Code, Section 111—assaulting, resisting, or impeding a federal law enforcement officer.

## CONCLUSION

8. Based on the information set forth above, there is probable cause to believe that the defendant Margaret Christine SAGER, violated Title 18, United States Code, Section 111(a), by forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with a person designated in section 1114, while engaged in the performance of their official duties.

Further your Affiant sayeth not.

Richard Berger
Special Agent, HSI

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
January 23, 2026.

SHANNON G. ELKINS
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA