UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-mj-09(MJD/DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARGARET SAGER, | ) |
| | ) |
| Defendant. | ) |

**EXHIBITS IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE**

| Exh. | Document | Page(s) |
|---|---|---|
| A | January 28, 2026, X Posting of AG Bondi | 1-2 |
| B | January 28, 2026, X Posting of DHS | 3-4 |
| C | January 29, 2026, Press Release by United States Attorney For District of Minnesota | 5-6 |

Dated: April 16, 2026

_____S/BRUCE D. NESTOR_____
Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN  55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com



**Attorney General Pamela Bondi** ✔ Ⓖ
@AGPamBondi

・・・

MINNESOTA ARRESTS — I am on the ground in Minneapolis today. Federal agents have arrested 16 Minnesota rioters for allegedly assaulting federal law enforcement — people who have been resisting and impeding our federal law enforcement agents.

We expect more arrests to come.

I've said it before and I'll say it again: NOTHING will stop President Trump and this Department of Justice from enforcing the law.

12:53 PM · Jan 28, 2026 · **3.3M** Views

💬 12K          ↻ 7.2K          ♡ 42K          🔖 846          ↥

💬 **Read 12.7K replies**



~ι~


# Post

 **Attorney General Pamela Bondi**
@AGPamBondi

These are the names of those arrested today under 18 U.S. Code § 111 (Assaulting, resisting, or impeding certain officers or employees)

Christina Rank
Abdikadir Noor
Madeline Tschida
Nitzana Flores
Helicity Borowska
Quentin Williams
William Vermie
Paul Johnson
Gillian Etherington
Joshua Doyle
Kirubele Adbebe
Margaret Sager
Ilan Wilson-Soler
Nasra Ahmed
Alice Valentine
Matrim Charlebois

12:53 PM · Jan 28, 2026 · **856K** Views

 2.5K           3.6K          ♡ 15K          🔖 399

 **Read 2.5K replies**

_–2–_



# Department of Homeland Security's Post

   

 **Department of Homeland Security** ☑ is with **The White House** and... •••
January 28 · 🌐

These violent Anti-ICE anarchists will not deter DHS law enforcement from arresting and deporting the worst of the worst in Minnesota.

They are fighting to keep rapists, murders, drug dealers, and predators in their community.

You will not stop us. This administration will not be intimidated.



NASRA AHMED          ALICE VALENTINE

 

+7

HELICITY BOROWSKA    CHRISTINA RANK

−3−

        2  2



This photo is from a post.    View post

 **Department of Homeland Security** ☑    •••
January 28 · 🌐

 539     333     3

**Most relevant** ▾

 Andrée Michelle Handis

– 4 –



PRESS RELEASE

# Sixteen Defendants Charged with Violently Assaulting Federal Officers and Property

Thursday, January 29, 2026

**For Immediate Release**

U.S. Attorney's Office, District of Minnesota

**MINNEAPOLIS** – Sixteen individuals who violently assaulted federal officers and federal property over the past several weeks have been charged in criminal complaints, announced United States Attorney Daniel N. Rosen.

Rosen was joined in the announcement by HSI Acting Executive Associate Director, Homeland Security Investigations John A. Condon.

Among those charged were:

Gillian Etherington, of Minneapolis, Minnesota, who is alleged to have rammed her car into a United States Border Patrol vehicle and drove away. Border Patrol Agents followed Etherington who drove into oncoming traffic and struck an unmarked law enforcement vehicle near a high school. Etherington refused to comply with Agents' commands to exit her car. As Agents attempted to remove her from the car, Etherington put the car in gear. Agents were ultimately able to pull Etherington from the car, but she resisted arrest and yelled: "Free Palestine!" Etherington also tried to grab one of the Border Patrol Agent's firearm, which fell to the ground and out of the Agent's reach.

Paul Johnson, of Minneapolis, Minnesota, who is alleged to have been following Customs and Border Protection Officers in his van. Johnson exited his van and approached the CBP Officers' vehicle with a baseball bat in his hand. After Officers told Johnson to stop approaching and get back, Johnson returned to his van, left the baseball bat, but grabbed a canister of pressurized oleoresin capsicum ("pepper spray"), and sprayed the CBP Officer's vehicle. When Officers attempted to arrest Johnson – who had entered his running van – he resisted arrest, attempted to put the van in gear, and sprayed the faces of multiple officers with pepper spray.

Matrim James Charlebois, of Minneapolis, Minnesota, who is alleged to have stood in front of a law enforcement vehicle and obstructed its path. Charlebois then used two hands to swing a metal cane at federal law enforcement officer, narrowly missing the officer's head. Charlebois then struck a federal law enforcement vehicle multiple times with the metal cane.

Ilan Wilson-Soler, of Minneapolis, Minnesota, who is alleged to have approached federal law enforcement officers with a large fire extinguisher, pointed it at the officers, sprayed them, and then ran away. While Wilson-Soler was running away, he collided with another federal law enforcement officer and hit her in the knee with the fire extinguisher.

Abdikadir Noor, of St. Cloud, Minnesota, who is alleged to have thrown a brick at Immigration and Customs Enforcement Officers. When Officers attempted to arrest Noor, he fled and, once caught, attempted to avoid being handcuffed by grappling with the Officers.

Margaret Sager, of Minneapolis, Minnesota, who is alleged to have jumped on the back of an Immigration and Customs Enforcement Officer and put her arm around his neck in what appeared to be a strangle hold. At the time of Sager's assault on the Officer, the Officer had arrested an illegal alien and was escorting the illegal alien to a vehicle for transportation.

Also charged were Kirubele Adbebe of Rosemont, Minnesota; Nasra Ahmed of Woodberry, Minnesota; Helicity Borowska of Mahtomedi, Minnesota; Joshua Doyle of Robbinsdale, Minnesota; Nitzana Flores of South Haven, Minnesota; Christina Rank of St. Paul, Minnesota; Madeline Tschida of Becker, Minnesota; Alice Valentine of St. Cloud, Minnesota; William Vermie of Minneapolis, Minnesota;

–5–

and Quentin Williams of Inver Grove Heights, Minnesota.

United States Attorney Rosen stated, "We do not tolerate assaults on federal officers and those who commit that crime will be held accountable."

"People need to understand their actions have consequences and that obstruction, assault and impeding is not protected under the disguise of protesting," said HSI Acting Executive Associate Director, Homeland Security Investigations John A. Condon. "We will continue to work with the Department of Justice to ensure anyone that oversteps that line of peaceful protester to illegal agitator will be apprehended and prosecuted to the full extent of the law."

A complaint is only a charge and is not evidence of guilt. The defendants are presumed innocent. As a felony trial cannot be held on a complaint, a decision to seek an indictment will be made in the near future.

These cases are being investigated by Homeland Security Investigations.

This case is part of Operation Take Back America a nationwide initiative that marshals the full resources of the Department of Justice to repel the invasion of illegal immigration, achieve the total elimination of cartels and transnational criminal organizations (TCOs), and protect our communities from the perpetrators of violent crime.

*Updated January 29, 2026*

**Topic**

**OPERATION TAKE BACK AMERICA**

**Component**

USAO - Minnesota

# Related Content

**PRESS RELEASE**

**Ecuadorian National Convicted of Illegal Reentry and Failure to Notify of a Change of Address**

May 14, 2025

**PRESS RELEASE**

**Ecuadorian National Illegally Present in the Country Charged with Attempted Enticement of a Minor**

April 9, 2025

-6-