UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-069 (MJD/DJF)

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARGARET SAGER,

Defendant.

**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS**

---

On May 15, 2026, the United States filed a Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. (Doc. 53.)

Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that the United States' Motion to Dismiss **[Doc. 53]** is **GRANTED**.

Dated: May 28, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court